DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ELVIS MAHIC,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1677

_____

October 1, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Keith Meyer, Judge.

Elvis Mahic, pro se.

PER CURIAM.

     Affirmed.

VILLANTI, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.